**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed March 8, 2018.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

## NO. 14-18-00142-CV

### IN RE KRISTEN TURLEY GIBSON AND BILLY GIBSON, AS NEXT FRIENDS OF K.G., A MINOR, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-36925**

## MEMORANDUM OPINION

On February 23, 2018, relators Kristen Turley Gibson and Billy Gibson, as Next Friends of K.G., a Minor, filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017); *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Michael Landrum, presiding judge of the 113th District Court of Harris County, to set aside his February

8, 2018 order, granting real party in interest's motion for summary judgment against relators.

Relators filed a motion to dismiss the petition. The motion is **GRANTED**. Accordingly, relators' petition for writ of mandamus is dismissed. Relators' second emergency motion for temporary relief is denied as moot.

PER CURIAM

Panel consists of Justices Christopher, Busby, and Brown.